IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Funches, Frederick

Printed: 10/22/08

Case Number: 08 B 13468
Judge: Squires, John H
Filed: 5/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2008
Confirmed: August 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 208.21 |  |
| Secured: |  | 194.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 13.53 |
| Other Funds: |  | 0.00 |
| Totals: | 208.21 | 208.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Patrick A Meszaros | Administrative | 2,500.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 800.00 | 0.00 |
| 5. | Northland Credit Corporation | Secured | 11,000.00 | 194.68 |
| 6. | HomEq Servicing Corp | Secured | 24,726.35 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,093.79 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 19.62 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 4,223.10 | 0.00 |
| 10. | Triad Financial Services | Unsecured | 1,986.29 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 33.63 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 333.44 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 251.97 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 917.31 | 0.00 |
| 15. | Northland Credit Corporation | Secured | | No Claim Filed |
| 16. | CCS | Unsecured | | No Claim Filed |
| 17. | Cross Country Bank | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Mercantile Adjustment Bureau | Unsecured | | No Claim Filed |
| 20. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 21. | Northland Credit Corporation | Unsecured | | No Claim Filed |
| 22. | Park Dansan | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 25. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 48,885.50 | $ 194.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Funches, Frederick

Printed: 10/22/08

Case Number:  08 B 13468
Judge:  Squires, John H
Filed:  5/28/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.53 |
|  | $ 13.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

